# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Monica Garcia**; DOB: 1975; U.S. Citizen<br>**Aaron Armenta**; DOB: 2000; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00610MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about September 22, 2022, in the District of Arizona, **Monica Garcia** and **Aaron Armenta**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Alexander Pablo-Gregorio and Aurelio Ascona-Mauricio, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 22, 2022, in the District of Arizona (Whetstone), at approximately 6:58 a.m., Border Patrol Agents (BPAs) observed a silver 2021 Kia Sportage and noticed the rear of the vehicle appeared to be heavily laden. BPAs began following the vehicle and pulled alongside it, at which point, they observed the rear seats were folded forward with people lying in the back attempting to hide by placing a piece of cloth over their faces. BPAs ran a registration check on the vehicle and learned the vehicle was a rental. BPAs initiated a vehicle stop and the vehicle yielded on State Route (SR) 90 near mile marker 301. BPAs approached the vehicle from the passenger side and informed the driver, identified as **Monica GARCIA**, they would be conducting an immigration inspection. BPAs noticed **GARCIA's** hands were shaking as though she was nervous. **GARCIA** and the front passenger, identified as **Aaron ARMENTA**, were determined to be United States citizens. The remaining four passengers, including Alexander Pablo-Gregorio and Aurelio Ascona-Mauricio, were all determined to be citizens of Mexico illegally present in the United States.

Records checks revealed that Alexander Pablo-Gregorio and Aurelio Ascona-Mauricio do not possess the proper documentation to enter, pass through or remain in the United States legally. Material witnesses Alexander Pablo-Gregorio and Aurelio Ascona-Mauricio both stated they made arrangements to pay to be smuggled into the United States.

Material witness Alexander Pablo-Gregorio stated he illegally crossed the international border with a group of undocumented non-citizens (UNCs). Pablo stated they were given instructions prior to crossing and they were guided by cellphone. Pablo stated they were previously told a "Kia, grey" would pick them up.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alexander Pablo-Gregorio and Aurelio Ascona-Mauricio

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>September 23, 2022 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

**Continued from front page.**

After a short time of waiting, Pablo stated that a Kia showed up and they got in. Pablo stated the female driver signaled by hand for them to lay down. Pablo stated after approximately 30 minutes, they were pulled over and arrested.

Material witness Aurelio Ascona-Mauricio stated he illegally crossed into the United States by jumping over a fence. Ascona stated his group was guided by cellphone and they were picked up by a grey vehicle. Ascona stated the vehicle was driven by a female, who instructed them to get in. Ascona stated the vehicle had a male passenger. Ascona stated they traveled for about an hour before they were stopped.

In a post-*Miranda* statement in the field, **GARCIA** stated that she and **ARMENTA** came from California. When she was asked how she was told about smuggling illegal persons, she stated that someone called and told her. When asked for specifics, she stated that she did not want to get anyone in trouble.

In a post-*Miranda* statement in the field, **ARMENTA** stated he and **GARCIA** came from California. When he was asked how he was told about smuggling illegal persons, he said, "What's App" and when he was asked how much he was going to get paid, he said "she was taking care of all of that", referring to **GARCIA**. When asked where they picked up the illegal persons, **ARMENTA** stated "they came out of the brush, off the side of the road."